IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RICHARD BALTER, et al.,<br><br>  Defendants.<br><hr><br>RICHARD BALTER,<br><br>  Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | Criminal No. 93-536-01 (JBS)<br>&<br>Civil No. 08-1475 (JBS)<br><br>**ORDER** |

This matter having come before the Court upon Petitioner's request for a writ of mandamus [Civil No. 08-1475, Docket Item 1], Petitioner's request for appointment of counsel [Civil No. 08-1475, Docket Item 10], and Petitioner's motion for discovery [Criminal No. 93-536-01, Docket Item 20]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this ___**29th**___ day of **March, 2010** hereby

ORDERED that the petition for writ of mandamus [Civil No.

08-1475, Docket Item 1], Petitioner's request for appointment of counsel [Civil No. 08-1475, Docket Item 10], and Petitioner's motion for discovery [Criminal No. 93-536-01, Docket Item 20] are all **DENIED**; and it is further

ORDERED that the Clerk of Court shall close these dockets.

    **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
United States District Judge