**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

CHAMBERS OF
**JEROME B. SIMANDLE**
DISTRICT JUDGE

**ORIGINAL FILED WITH CLERK**

UNITED STATES COURTHOUSE
ONE JOHN F. GERRY PLAZA
P.O. BOX 888
CAMDEN, NJ 08101
(856) 757-5167

June 25, 2010

Richard Balter, 17432-050
FCC-USP 2
P.O. Box 1034
Coleman, FL  33521

    Re: <u>U.s. v. Balter</u>
        Cr. No. 93-536 (JBS)

        <u>Balter v. USA</u>
        Civil No. 08-1475 (JBS)

Dear Mr. Balter:

    Your letter request dated June 15, 2010, for additional time to respond to the Government's opposition to your reconsideration motion until July 10, 2010 will be **<u>GRANTED</u>**.

                              Very truly yours,

                              JEROME B. SIMANDLE
                              U.S. District Judge

JBS/mm

cc:  James P. Lynch, AUSA